AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 26, 2021**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-mj-04009-MKD |
| NOE RUBIO-FARIAS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NOE RUBIO-FARIAS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) - Distribution of 50 Grams or More of Actual Methamphetamine

Date: Jan 21, 2021, 7:26 pm

*Issuing officer's signature*   M. K. Dimke

City and state:   Richland, Washington

MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/21/21, and the person was arrested on *(date)* 1/21/21
at *(city and state)* Yakima, WA

Date: 1/21/21

Arrested within the E/WA
By: USMS
*(Agency)*
Executed On: 1/21/21
Sign: Reagan X Have USMS
*Printed name and title*